This document was signed electronically on April 08, 2011, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: April 08, 2011

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

BK1013959
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-22090 |
| Amanda L. Friedrich | Chapter 7<br>Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 9067 WYNFORD LANE, OLMSTED FALLS, OH 44138** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **13**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 9067 Wynford Lane Olmsted Falls, OH 44138.

###

SUBMITTED BY:


/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Steven Emery, Esq. - Attorney for Debtor
614 W. Superior Ave. Suite 950
Cleveland, OH 44113
semery@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

Amanda L. Friedrich - Debtor
9067 Wynford Lane
Olmsted Falls, OH 44138
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Harvest Village Homeowners Association, Inc.. - Creditor
55 Public Square
C/o Steven M. Ott, Statutory Agent Suite 1400
Cleveland, OH 44113
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Sheldon Stein - Trustee
50 Public Square
Suite 400 P.O. 5606
Cleveland, OH 44101
sstein@epiqtrustee.com
VIA ELECTRONIC SERVICE